1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11              Respondent,                    No. CR S-88-117 LKK EFB

12        vs.

13   WILLIAM LAWRENCE POTTER,

14              Movant.                        ORDER

15   _____/

16        Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set

17   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On September 23, 2009, respondent

18   filed a motion to dismiss.  Movant has not filed an opposition or a statement of no opposition.

19        A responding party's failure "to file written opposition or to file a statement of no

20   opposition may be deemed a waiver of any opposition to the granting of the motion and may

21   result in the imposition of sanctions."  L. R. 78-230(m).  Failure to comply with any order or

22   with the Local Rules "may be grounds for imposition of any and all sanctions authorized by

23   statute or Rule or within the inherent power of the Court."  L. R. 11-110.  The court may

24   recommend this action be dismissed with or without prejudice, as appropriate, if movant

25   disobeys an order or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir.

26   1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing

1

1    to obey an order to re-file an amended complaint to comply with Federal Rules of Civil

2    Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se*

3    plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

4            Accordingly, it is hereby ORDERED that, within 30 days of the date of this order,

5    movant shall file either an opposition to the motion to dismiss or a statement of no opposition.

6    Failure to comply with this order will result in a recommendation that this action be dismissed

7    without prejudice.

8    Dated:  November 4, 2009.

9                                            EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26