IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                              No. CR S-88-0117 LKK EFB

    vs.

WILLIAM LAWRENCE POTTER,

    Movant.                                                 FINDINGS AND RECOMMENDATIONS

_____/

      Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On September 23, 2009, respondent filed a motion to dismiss, stating that the United States Parole Commission has issued an order for the immediate release of movant without further parole supervision. Dckt. No. 8 at 1. Respondent argues that the instant action should therefore be dismissed as moot. *Id.* On December 2, 2009, movant filed a statement of no opposition to respondent's motion to dismiss, noting that he has been released from custody and has no objection to the dismissal of his case. Dckt. No. 10. In light of the above, the court finds that this action should be dismissed as moot.

      Accordingly, IT IS HEREBY RECOMMENDED that:

    1. Respondent's motion to dismiss be granted;

    2. This action be dismissed for lack of jurisdiction as it is now moot; and

3. The Clerk be directed to close the companion civil file, Case. No. CIV S-08-0777.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 7, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE