IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　　No. CR S-88-0117 LKK EFB

  vs.

WILLIAM LAWRENCE POTTER,

    Movant.　　　　　　　　　　　ORDER

_____/

      Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 8, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

\\\\\

1

1. The findings and recommendations filed January 8, 2010 are adopted in full;

2. Respondent's motion to dismiss is granted;

3. This action is dismissed for lack of jurisdiction as it is now moot; and

4. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-08-0777 LKK EFB P.

DATED: March 8, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT